IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD BLOOM, D.C. and** | : | **CIVIL ACTION** |
| **WEATHER VANE CHIROPRACTIC, P.C.,** | : | |
| **Plaintiffs,** | : | |
| | : | **No. 14-2582** |
| v. | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS** *et al.* | : | |
| **Defendants.** | : | |

**ORDER**

This 31st day July, 2015, for the reasons stated in my accompanying memorandum opinion, Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is **DENIED.**

       /s/ Gerald Austin McHugh
United States District Court Judge