# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD BLOOM, D.C. and : | CIVIL ACTION |
| WEATHER VANE CHIROPRACTIC, P.C., : | |
| Plaintiffs, : | |
| : | No. 14-2582 |
| v. : | |
| : | |
| INDEPENDENCE BLUE CROSS *et al.* : | |
| Defendants. : | |

## ORDER

This 24th day of October, 2018, for the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment is **GRANTED** with prejudice as to Plaintiff's ERISA claims, and without prejudice as to Plaintiff's state law claims, to allow for timely re-filing of those claims in state court.

    /s/ Gerald Austin McHugh
United States District Judge